DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARDO ANTONIO VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-09-187-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER;** <br> **CONTINUING STATUS CONFERENCE** <br> **AND EXCLUDING TIME** |
| RICHARDO ANTONIO VALENZUELA, | |
| Defendant. | Date: June 29, 2010 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARY GRAD, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RICHARDO ANTONIO VALENZUELA, that the status conference hearing date of June 22, 2010 be vacated, and the matter be set for status conference on June 29, 2010 at 9:30 a.m.

The reason for this continuance is defense attorney is out of town on a family emergency and is unable to attend the hearing.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 29, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code


T4 based upon continuity of counsel and defense preparation.

DATED: June 21, 2010.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for RICARDO ANTONIO VALENZUELA


DATED: June 21, 2010.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MARY GRAD
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 22, 2010, status conference hearing be continued to June 29, 2010, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 29, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 21, 2010

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Judge