1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    RICHARDO ANTONIO VALENZUELA
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )  NO. CR.S-09-187-JAM
11                                 )
                    Plaintiff,     )
12                                 )      **STIPULATION AND ORDER;**
          v.                       )   **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
    RICHARDO ANTONIO VALENZUELA,    )
14                                 )  Date:  June 29, 2010
                    Defendant.     )  Time:  9:30 a.m.
15  _____ )  Judge: Hon. John A. Mendez

16
          IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, MARY GRAD, Assistant United States Attorney,
18
    attorney for Plaintiff, and CARO MARKS, attorney for RICHARDO ANTONIO
19
    VALENZUELA, that the status conference hearing date of June 22, 2010 be
20
    vacated, and the matter be set for status conference on June 29, 2010
21
    at 9:30 a.m.
22
           The reason for this continuance is defense attorney is out of
23
    town on a family emergency and is unable to attend the hearing.
24
          Based upon the foregoing, the parties agree that the time under
25
    the Speedy Trial Act should be excluded from the date of signing of
26
    this order through and including June 29, 2010 pursuant to 18 U.S.C.
27
    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
28

1 | T4 based upon continuity of counsel and defense preparation.

2

3 | DATED:   June 21, 2010.                 Respectfully submitted,

                                          DANIEL J. BRODERICK
4 |                                        Federal Public Defender

5

6 |                                        /s/ Caro Marks
                                          CARO MARKS
7 |                                        Designated Counsel for Service
                                          Attorney for RICARDO ANTONIO VALENZUELA
8

9 | DATED:   June 21, 2010.                 BENJAMIN WAGNER
                                          United States Attorney
10

11
                                          /s/ Caro Marks for
12 |                                       MARY GRAD
                                          Assistant U.S. Attorney
13 |                                       Attorney for Plaintiff

14

15

16 |                              ORDER

17 |      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

18 | ordered that the June 22, 2010,  status conference hearing be continued

19 | to June 29, 2010, at 9:30 a.m.  Based on the representation of defense

20 | counsel and good cause appearing there from, the Court hereby finds

21 | that the failure to grant a continuance in this case would deny defense

22 | counsel reasonable time necessary for effective preparation, taking

23 | into account the exercise of due diligence.  The Court finds that the

24 | ends of justice to be served by granting a continuance outweigh the

25 | best interests of the public and the defendant in a speedy trial.  It

26 | is ordered that time up to and including the June 29, 2010 status

27 | conference shall be excluded from computation of time within which the

28 | trial of this matter must be commenced under the Speedy Trial Act

1   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

2   to allow defense counsel reasonable time to prepare.

3   Dated: June 21, 2010

4                                        /s/ John A. Mendez
                                         JOHN A. MENDEZ
5                                        United States District Judge

3