HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
RICHARDO ANTONIO VALENZUELA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARDO ANTONIO VALENZUELA,<br><br>  Defendant. | No.  Cr. S 09-187 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, RICHARDO ANTONIO VALENZUELA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 12, 2010, this Court sentenced Mr. Valenzuela to a term of 90 months imprisonment;

3. His total offense level was 31, his criminal history category was I, the resulting guideline range was 108 to 135 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

1    4.    The sentencing range applicable to Mr. Valenzuela was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.    Mr. Valenzuela's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months; a reduction comparable to the one received at the initial sentencing would produce a term of 72 months;

6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Valenzuela's term of imprisonment to 72 months.

Respectfully submitted,

Dated:  February 25, 2015              Dated:   February 25, 2015

BENJAMIN B. WAGNER                     HEATHER E. WILLIAMS
United States Attorney                 Federal Defender


 /s/ *Jason Hitt*                       /s/ *David M. Porter*
JASON HITT                             DAVID M. PORTER
Assistant U.S. Attorney                Assistant Federal Defender

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA               RICHARDO ANTONIO VALENZUELA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valenzuela is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 72 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2010 is reduced to a term of 72 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Valenzuela shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 27, 2015

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ____
United States District Court Judge